```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0245--CV (JKS)
           "YUKON DELTA FISHERIES ET AL V NATL MARINE ET"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/17/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   CONTEST FINAL RULE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 10/17/05 receipt # 00126795
          Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION | Daniel P. Harris<br>Harris & Moure pllc<br>720 Olive Way, Suite 1000<br>Seattle, WA 98101<br>206-224-5657<br>FAX 206-224-5659 |
| PLF 2.1 | BRISTOL BAY ECONOMIC DEVELOPMENT CORP | Daniel P. Harris<br>(see above) |
| PLF 3.1 | CENTRAL BERING SEA FISHERMAN'S ASSOCIATION | Daniel P. Harris<br>(see above) |
| PLF 4.1 | COASTAL VILLAGES REGION FUND | Daniel P. Harris<br>(see above) |
| PLF 5.1 | NORTON SOUND ECONOMIC DEVELOPMENT CORPORATION | Daniel P. Harris<br>(see above) |
| PLF 6.1 | ALEUTIAN PRIBILOF ISLANDS COMMUNITY DEVELPMENT ASSOCIATION | Daniel P. Harris<br>(see above) |
| DEF 1.1 | NATIONAL MARINE FISHERIES SERVICE | No counsel found for this party! |
| DEF 2.1 | BALSIGER, JAMES | No counsel found for this party! |
| DEF 3.1 | GUTIERREZ, CARLOS | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0245--CV (JKS)
                     "YUKON DELTA FISHERIES ET AL V NATL MARINE ET"

                                   For all filing dates
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/17/05
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions
                     CONTEST FINAL RULE
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 10/17/05 receipt # 00126795
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/17/05 | Complaint for declaratory relief and recission of fees filed. |
| 2 - 1 | 10/26/05 | PLF 1-6 Complaint (First Amended). |
| NOTE - 1 | 10/31/05 | Issued: summons re: DEF 1,2,3, US Atty, & Atty Gen. |