FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 2: 02

Gerald T. Davis
Alaska Bar No. 0412095
5028 47th Ave. NE
Seattle, Washington 98105
Telephone: (206) 910-6606
Facsimile: (206) 374-2711

Attorney for Plaintiffs Yukon Delta Fisheries Development Association, Bristol Bay Economic Development Corporation, Central Bering Sea Fishermen's Association, Coastal Villages Region Fund, Aleutian Pribilof Islands Community Development Association, Norton Sound Economic Development Corporation

UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, an Alaska corporation; BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, an Alaska corporation; CENTRAL BERING SEA FISHERMEN'S ASSOCIATION, an Alaska corporation; COASTAL VILLAGES REGION FUND, an Alaska corporation; NORTON SOUND ECONOMIC DEVELOPMENT CORPORATION, an Alaska corporation; and ALEUTIAN PRIBILOF ISLANDS COMMUNITY DEVELOPMENT ASSOCIATION; <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, JAMES BALSIGER, National Marine Fisheries Service Alaska Regional Administrator and CARLOS GUTIERREZ, Secretary of Commerce; <br><br> Defendants. | Cause No. A05-245 CV (JKS) <br><br> NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL <br><br> (Clerk's Action Required) |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

COMES NOW Gerald T. Davis, Esq., to substitute as counsel for plaintiffs in the above-entitled action in place of Daniel P. Harris and Harris & Moure, PLLC. Plaintiffs in this matter consent to this substitution. No defendants have appeared. All future pleadings should be served on Gerald T. Davis at 5028 47th Ave. NE, Seattle, WA 98105.

DATED this 6 day of December, 2005

Gerald T. Davis

*Gerald T. Davis*
Gerald T. Davis
Alaska Bar No. 0412095

Harris & Moure, PLLC

*Daniel Davis as authorized*
Daniel P. Harris
Alaska Bar No. 0104006

## CERTIFICATION OF SERVICE

This document was served by mail via first-class mail on the following:

| | |
|---|---|
| NATIONAL MARINE FISHERIES SERVICE<br>William Hogarth, Asst. Administrator<br>1315 East West Highway, 9th Floor<br>Silver Springs, MD 20910 | ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. Department of Justice<br>950 Pennsylvanian Ave NW<br>Washington, D.C. 20530-0001 |
| JAMES BALSIGER<br>National Marine Fisheries Service Alaska Regional Administrator<br>National Marine Fisheries Service<br>P.O. Box 21668<br>Juneau, AK 99802-1668 | U.S. ATTORNEY<br>District of Alaska<br>222 W. 7th, Suite 253<br>Anchorage, AK 99513 |
| CARLOS GUTIERREZ, Secretary of Commerce<br>Office of the Secretary, Suite 5516<br>U.S. Department of Commerce<br>14th and Constitution Ave NW<br>Washington, D.C. 20530 | U.S. ATTORNEY GENERAL<br>Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, D.C. 20530-0001 |

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.

CLERK OF COURT

Date: 12/6/05  By: *[signature]*
Deputy Clerk

_____
Gerald T. Davis

WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

A05-0245--CV (JKS)
----------------------------------------
D. HARRIS
G. DAVIS