FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 2: 27

JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants
(Additional Counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Cause No. A05-245 CV (JKS)<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE** |

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, National Marine Fisheries Service, James Balsinger, sued in his official capacity as National Marine Fisheries Service Alaska Regional Administrator, and Carlos Gutierrez, sued in his official capacity as Secretary of Commerce, the United States enters the appearance of Joseph H. Kim, Trial Attorney, as lead counsel for this matter. Copies of future filings, notices, and decisions should be sent to Mr. Kim. Mr. Kim's ECF Registration is currently pending.

Dated: December 22, 2005            Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Timothy M. Burgess
U.S. Attorney

_____
Susan Lindquist
Assistant U.S. Attorney
District of Alaska
222 W. 7th Ave. # 9, C-253
Anchorage, Alaska 99513-7567

Attorneys for Federal Defendants

I declare under penalty of perjury that a true and correct copy of the Notice of Appearance was sent to the following counsel of record on December 22, 2005, via:

    ( X ) U.S. Mail

Daniel P. Harris
Gerald T. Davis
HARRIS & MOURE, pllc
720 Olive Way, Suite 1000
Seattle, WA 98101

Executed at Anchorage, Alaska, on December 22, 2005

*K Joy McCulloch*
Office of the U.S. Attorney