UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al.,

    Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

    Defendants.

Cause No. A05-245 CV (JKS)

[PROPOSED] ORDER ON UNOPPOSED MOTION TO EXTEND TIME TO ANSWER AND FILE THE ADMINISTRATIVE RECORD

This matter having come before the Court on Federal Defendants' Unopposed Motion to Extend Time to Answer and File the Administrative Record, that motion is GRANTED, and it is hereby ORDERED that Federal Defendants are granted an extension of time, until January 17, 2006, to answer and to file the administrative record.

IT IS SO ORDERED,

12/23/05
DATED

JAMES K. SINGLETON
UNITED STATES SENIOR JUDGE

A05-0245--CV (JKS)   om 12-23-05
S. LINDQUIST (US-ATTY)
G. DAVIS