JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants
(Additional Counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>  Defendants. | Cause No. A05-245 CV (JKS)<br><br>**SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER AND FILE THE ADMINISTRATIVE RECORD** |

Defendants, National Marine Fisheries Service, James Balsinger, sued in his official capacity as National Marine Fisheries Service Alaska Regional Administrator, and Carlos Gutierrez, sued in his official capacity as Secretary of Commerce (collectively, "Federal Defendants"), through counsel, hereby move the Court for a second extension of time to file both the answer and administrative record in this case to January 31, 2006. In support of this motion, Federal Defendants state as follows:

1. Federal Defendants have previously sought and received an extension of time for the answer and the administrative record in this case until January 15, 2006.

2. During this extension of time, counsel for the parties have begun settlement negotiations. During the course of these negotiations, the parties have agreed that, at this time, efforts would be better directed towards settlement as opposed to responding to the Complaint or preparation of the administrative record.

3. Accordingly, Federal Defendants seek an extension of time for the answer and the administrative record in this case until January 31, 2006.

4. Federal Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion. Moreover, the parties have agreed that a further extension, beyond January 31, will likely be necessary, to be based on the progress of further settlement talks.

Dated: January 13, 2006                    Respectfully submitted,

                                           SUE ELLEN WOOLRIDGE
                                           Assistant Attorney General
                                           United States Department of Justice
                                           Environment and Natural Resources Division
                                           JEAN E. WILLIAMS, Section Chief
                                           LISA L. RUSSELL, Assistant Section Chief

                                                s/ Joseph H. Kim
                                           JOSEPH H. KIM, Trial Attorney (IL6243249)
                                           United States Department of Justice
                                           Environment and Natural Resources Division
                                           Wildlife and Marine Resources Section
                                           Benjamin Franklin Station, P.O. Box 7369
                                           Washington, D.C. 20044-7369
                                           Telephone: (202) 305-0207
                                           Facsimile: (202) 305-0275
                                           joseph.kim@usdoj.gov

                                           TIMOTHY M. BURGESS, U.S. Attorney
                                           SUSAN LINDQUIST, Assistant U.S. Attorney
                                           District of Alaska
                                           222 W. 7th Ave. # 9, C-253
                                           Anchorage, Alaska 99513-7567

                                           Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2006, I caused the foregoing, together with a proposed order relating to the same, to be electronically filed with the Clerk of the Court using the CM/ECF System, which *may* send notification of such filing to the following counsel of record in this matter:

    Gerald T. Davis
    5028 47th Ave. NE
    Seattle, WA 98105

Because of the recent use in this District of the CM/ECF System, I do not yet know whether the above-referenced counsel has registered such that he will receive such notification. Accordingly, on this date, I have also mailed a copy of these documents by first-class U.S. Mail, postage pre-paid, to the address indicated above.

                                              s/ Joseph H. Kim
                                              JOSEPH H. KIM, Trial Attorney
                                              United States Department of Justice
                                              Environment and Natural Resources Division
                                              Wildlife and Marine Resources Section
                                              Ben Franklin Station, P.O. Box 7369
                                              Washington, D.C. 20044-7369
                                              (202) 305-0207
                                              (202) 305-0275 (fax)
                                              joseph.kim@usdoj.gov