JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>    Defendants. | Cause No. A05-245 CV (JKS)<br><br>**[PROPOSED] ORDER ON SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER AND FILE THE ADMINISTRATIVE RECORD** |

This matter having come before the Court on Federal Defendants' Unopposed Second Motion to Extend Time to Answer and File the Administrative Record, that motion is GRANTED, and it is hereby ORDERED that Federal Defendants are granted an extension of time, until January 31, 2006, to answer and to file the administrative record.

IT IS SO ORDERED,

_____     _____
DATED                                JAMES K. SINGLETON
                                     UNITED STATES SENIOR JUDGE