IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al.,<br><br>          Plaintiffs,<br><br>  vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>          Defendants. | Case No. 1:05-00245-cv-JKS<br><br><br>O R D E R |

      Federal Defendants' Unopposed Second Motion to Extend Time to Answer and File the Administrative Record at Docket No 8, is GRANTED.  The Federal Defendants shall have until January 31, 2006 to answer and to file the administrative record.

      Dated at Anchorage, Alaska, this 20th day of January 2006.


                      /s/ James K. Singleton, Jr.

                    **JAMES K. SINGLETON, JR.**
                    United States District Judge

1