UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Cause No. A05-245 CV (JKS) <br> ) <br> ) **ORDER ON THIRD UNOPPOSED** <br> ) **MOTION TO EXTEND TIME TO** <br> ) **ANSWER AND FILE THE** <br> ) **ADMINISTRATIVE RECORD** <br> ) <br> ) <br> ) |

This matter having come before the Court on Federal Defendants' Third Unopposed Motion to Extend Time to Answer and File the Administrative Record at **Docket No. 10**; that motion is **GRANTED**, and it is hereby ORDERED that Federal Defendants are granted an extension of time, until February 28, 2006, to answer and to file the administrative record.

IT IS SO ORDERED.

February 13, 2006                                /s/ James K. Singleton, Jr.
DATED                                            JAMES K. SINGLETON
                                                 UNITED STATES SENIOR JUDGE