JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., ) ) ) ) | |
| Plaintiffs, ) ) | Cause No. A05-245 CV (JKS) |
| v. ) ) ) | **[PROPOSED] ORDER ON JOINT MOTION FOR STAY** |
| NATIONAL MARINE FISHERIES SERVICE, et al., ) ) ) ) | |
| Defendants. ) ) | |

This matter having come before the Court on the Parties' Joint Motion for Stay, that motion is GRANTED, and it is hereby ORDERED that this case is stayed until May 31, 2006. Consistent with the Parties' Joint Motion for Stay, either Party may move to lift this stay in advance of May 31, 2006, and in the event of any such motion, a response shall be due within 10 days.

IT IS SO ORDERED,

_____       _____
DATED                                                                 JAMES K. SINGLETON
                                                                                  UNITED STATES SENIOR JUDGE