JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants


## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., | ) ) ) |
| Plaintiffs, | ) )  Cause No. A05-245 CV (JKS) |
| v. | ) ) )  **ORDER ON** |
| NATIONAL MARINE FISHERIES SERVICE, et al., | ) )  **JOINT MOTION FOR STAY** ) ) |
| Defendants. | ) ) |

This matter having come before the Court on the Parties' Joint Motion for Stay, that motion

is GRANTED, and it is hereby ORDERED that this case is stayed until May 31, 2006.  Consistent

with the Parties' Joint Motion for Stay, either Party may move to lift this stay in advance of May 31,

2006, and in the event of any such motion, a response shall be due within 10 days.

IT IS SO ORDERED.

DATED:  March 2, 2006.

_____/s/ James K. Singleton_____
JAMES K. SINGLETON
UNITED STATES SENIOR JUDGE