JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants
(Additional Counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | Cause No. A05-245 CV (JKS) <br><br> **SECOND JOINT MOTION FOR STAY** |

      Plaintiffs and Defendants in this case, through counsel, hereby jointly move the Court to stay this case until July 21, 2006, or such earlier date as is consistent with this motion. In support of this motion, the parties state as follows:

      1.      Throughout the course of this case, the parties have been working to settle this matter. During the course of these negotiations, the parties have agreed that efforts would be better directed towards settlement as opposed to responding to the Complaint or preparation of the administrative record. To date, there have been three unopposed extensions of time to file the answer and the

administrative record in this case, and then a joint motion to stay this case. The stay currently expires on May 31, 2006 [*Docket No. 14*].

2. During the stay, Federal Defendants have finalized a rule clarifying most or all of the issues that are currently the subject of this litigation. That rule becomes effective on June 9, 2006.

3. The parties now seek a stay of this case for six weeks after the date this rule becomes effective -- to July 21, 2006 -- to allow the effects of the rule more fully play out. At or before the conclusion of this period, it is expected that the case can either be dismissed, or any remaining issues can be more specifically identified and the remaining case thus more narrowly focused.

Dated:  May 31, 2006                              Respectfully submitted,

SUE ELLEN WOOLRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

DEBORAH M. SMITH, Acting U.S. Attorney
SUSAN LINDQUIST, Assistant U.S. Attorney
District of Alaska
222 W. 7th Ave. # 9, C-253
Anchorage, Alaska 99513-7567

Attorneys for Federal Defendants

       s/ Gerald T. Davis
Gerald T. Davis
5028 47th Ave. NE
Seattle, WA 98105
Telephone: (206) 910-6606
Facsimile: (206) 374-2711
gerry@davispartners.net

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2006, I caused the foregoing, together with a proposed order relating to the same, to be electronically filed with the Clerk of the Court using the CM/ECF System. Because counsel of record in this matter does not appear to have registered such that he will receive notification through the CM/ECF System, I have also mailed a copy of these documents on this date by first-class U.S. Mail, postage pre-paid, to the address indicated below:

    Gerald T. Davis
    5028 47th Ave. NE
    Seattle, WA 98105

                                              s/ Joseph H. Kim
                                              JOSEPH H. KIM, Trial Attorney
                                              United States Department of Justice
                                              Environment and Natural Resources Division
                                              Wildlife and Marine Resources Section
                                              Ben Franklin Station, P.O. Box 7369
                                              Washington, D.C. 20044-7369
                                              (202) 305-0207
                                              (202) 305-0275 (fax)
                                              joseph.kim@usdoj.gov