UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL MARINE FISHERIES SERVICE, et al., )<br>)<br>Defendants. ) | Cause No. A05-245 CV (JKS)<br><br>**ORDER ON SECOND<br>JOINT MOTION FOR STAY** |

This matter having come before the Court on the Parties' Second Joint Motion for Stay, that motion is GRANTED, and it is hereby ORDERED that this case is stayed until July 21, 2006.

IT IS SO ORDERED,


   June 1, 2006                                  /s/James K. Singleton
DATED                                              JAMES K. SINGLETON
                                                      UNITED STATES SENIOR JUDGE