JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Cause No. A05-245 CV (JKS) <br><br> **[PROPOSED] ORDER ON THIRD JOINT MOTION FOR STAY** |

This matter having come before the Court on the Parties' Third Joint Motion for Stay, that motion is GRANTED, and it is hereby ORDERED that this case is stayed until September 15, 2006.

IT IS SO ORDERED,

_____         _____
DATED                                  JAMES K. SINGLETON
                                       UNITED STATES SENIOR JUDGE