IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

YUKON DELTA FISHERIES
DEVELOPMENT ASSOCIATION, et al.,

                  Plaintiffs,

    vs.

NATIONAL MARINE FISHERIES
SERVICE, et al.,

                  Defendants.

Case No. 3:05-cv-00245 (JKS)

O R D E R ON THIRD AND FINAL MOTION
FOR STAY

      The parties' Third Joint Motion for Stay at **Docket No. 17** is **GRANTED**, and it is hereby ordered that this case is stayed until September 15, 2006.  No further stays will be granted.

      **IT IS SO ORDERED**.

      Dated at Anchorage, Alaska, this 3rd day of August 2006.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

1