JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Federal Defendants
(Additional Counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al., | ) ) ) |
| Plaintiffs, | ) Cause No. A05-245 CV (JKS) |
| v. | ) **JOINT STIPULATION OF** ) **DISMISSAL WITH PREJUDICE** |
| NATIONAL MARINE FISHERIES SERVICE, et al., | ) ) ) |
| Defendants. | |

The parties in this case, through their respective counsel, hereby stipulate to the dismissal of this action, with prejudice, and with each party to bear their respective costs, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  September 29, 2006            Respectfully submitted,

  s/ Gerald T. Davis (w/ permission)      SUE ELLEN WOOLRIDGE
GERALD T. DAVIS                  Assistant Attorney General
5028 47th Ave. NE                 United States Department of Justice
Seattle, WA 98105                 Environment and Natural Resources Division
                          JEAN E. WILLIAMS, Section Chief
Attorney for Plaintiffs              LISA L. RUSSELL, Assistant Section Chief

                            s/ Joseph H. Kim
                          JOSEPH H. KIM, Trial Attorney (IL6243249)

United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

DEBORAH M. SMITH, Acting U.S. Attorney
SUSAN LINDQUIST, Assistant U.S. Attorney
District of Alaska
222 W. 7th Ave. # 9, C-253
Anchorage, Alaska 99513-7567

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System. Because counsel of record in this matter does not appear to have registered such that he will receive notification through the CM/ECF System, I have also caused a copy of this document to be mailed on this date by first-class U.S. Mail, postage pre-paid, to the address indicated below:

    Gerald T. Davis
    5028 47th Ave. NE
    Seattle, WA 98105


                                                                                s/ Joseph H. Kim
                                        JOSEPH H. KIM, Trial Attorney
                                        United States Department of Justice
                                        Environment and Natural Resources Division
                                        Wildlife and Marine Resources Section
                                        Ben Franklin Station, P.O. Box 7369
                                        Washington, D.C. 20044-7369
                                        (202) 305-0207
                                        (202) 305-0275 (fax)
                                        joseph.kim@usdoj.gov