IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YUKON DELTA FISHERIES DEVELOPMENT ASSOCIATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>　　　　　Defendants. | Case No. 3:05-cv-00245-JKS<br><br><br>O R D E R |

　　　The Joint Stipulation for Dismissal with Prejudice at **Docket No. 21** is **GRANTED**.

　　　**IT IS THEREFORE ORDERED**:

　　　The above-captioned case is dismissed, with prejudice, and with each party to bear their respective costs, pursuant to Federal Rule of Civil Procedure 41(a)(1).

　　　Dated at Anchorage, Alaska, this 3rd day of October, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge